Ernest George MINNS, Appellant,

v.

SIMPSON, D. E., Individually and in his official capacity as Supt. of Harrisonburg Correctional Field Unit # 8, Appellee.

No. 75–1426.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 1976.

Decided April 1, 1976.

Ernest George Minns, pro se.

Burnett Miller, III; Asst. Atty. Gen., Richmond, Va., for appellee.

Before RUSSELL, FIELD and WIDENER, Circuit Judges.

PER CURIAM:

A review of the record and of the district court's opinion discloses that an appeal from the order of the district court denying relief under 42 U.S.C. § 1983 would be without merit. Accordingly, although leave to proceed in forma pauperis is granted, the judgment of the district court is affirmed for the reasons stated in its order. *Minns v Simpson*, 391 F.Supp. 1156 (W.D.Va.1975) See also *Sweet v. South Carolina Dept. of Corrections*, 529 F.2d 854 (4th Cir., 1975)